**Motion Granted and Order filed February 27, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00856-CR

_____

## CHARLES RAY ANDRUS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 228th District Court
Harris County, Texas
Trial Court Cause No. 0982427**

## ORDER

On November 30, 2017, this court issued its opinion dismissing this appeal. On December 21, 2017, appellant was granted an extension of time to file a petition for discretionary review with the Court of Criminal Appeals through March 3, 2018. *See* Tex. R. App. P. 68.2. Appellant subsequently filed a petition for discretionary review on February 14, 2018.

On January 26, 2018, the clerk of this court issued mandate in accordance with its judgment to the clerk of the court below, Chris Daniel, District Clerk of Harris County, Texas. On February 7, 2018, appellant filed a motion requesting that the mandate in this cause be recalled. The issuance of mandate in this appeal was premature. *See* Tex. R. App. P. 18.1(a). We have plenary power to recall our mandate. Tex. R. App. P. 19.3(b). Accordingly, appellant's motion is granted.

The court orders the mandate recalled from the District Clerk of Harris County, Texas.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Jewell.